# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| Kathrina Ali, <br><br> *Plaintiff(s)* <br> v. <br><br> MiraMed Revenue Group, LLC; and DOES 1-10, inclusive, <br><br> *Defendant(s)* | Civil Action No. 18-cv-3572-GLR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> MiraMed Revenue Group, LLC
> 360 East 22nd Street
> Lombard, Illinois 60148

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Sergei Lemberg, Esq.
> Lemberg Law, LLC.
> 43 Danbury Road, 3rd Floor
> Wilton, Connecticut 06897

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/21/2018

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MiraMed Revenue Group, LLC

was received by me on *(date)* December 5, 2018

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Fred Mania, Process Specialist, CT Corporation System, who is designated by law to accept service of process on behalf of *(name of organization)* MiraMed Revenue Group, LLC at 155 Federal Street, Suite 700, Boston, MA 02110 on *(date)* December 6, 2018 @ 9:47 a.m.; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: December 6, 2018

_____
Server's signature

William H. Dewsnap III
Printed name and title
**Process Server & Disinterested Person**

92 State Street, 8th Floor
Server's address
Boston, MA 02109

Additional information regarding attempted service, etc:

Documents Served:
1. Summons; 2. Complaint; and 3. Civil Cover Sheet.