UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| Kathrina Ali, | : |
| | : |
| | : Civil Action No.: 1:18-cv-03572-BPG |
| Plaintiff, | : |
| v. | : |
| | : |
| MiraMed Revenue Group, LLC; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective undersigned counsel, pursuant to FRCP 41(a)(1)(A)(ii), that the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

Dated: June 14, 2019

| Kathrina Ali | MiraMed Revenue Group, LLC |
|---|---|
| */s/ Sergei Lemberg* | */s/ Nabil G. Foster* |
| Sergei Lemberg, Esq. | Nabil G. Foster, Esq. |
| Lemberg Law, LLC | Hinshaw & Culbertson LLP |
| 43 Danbury Road, Third Floor | 151 North Franklin Street, Suite 2500 |
| Wilton, CT 06897 | Chicago, IL 60606 |
| Telephone: (203) 653-2250 | Telephone: (312) 704-3000 |
| Facsimile: (203) 653-3424 | Facsimile: (312) 704-3001 |
| Email: slemberg@lemberglaw.com | Email: nfoster@hinshawlaw.com |
| Attorney for Plaintiff | Attorney for Defendant |

SO ORDERED

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2019, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg
Sergei Lemberg, Esq.