**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| Kathrina Ali, | : |
| | : Civil Action No.: 1:18-cv-03572-BPG |
| Plaintiff, | : |
| v. | : |
| | : |
| MiraMed Revenue Group, LLC; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective undersigned counsel, pursuant to FRCP 41(a)(1)(A)(ii), that the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

Dated: June 14, 2019

| Kathrina Ali | MiraMed Revenue Group, LLC |
|---|---|
| /s/ Sergei Lemberg | /s/ Nabil G. Foster |
| Sergei Lemberg, Esq. | Nabil G. Foster, Esq. |
| Lemberg Law, LLC | Hinshaw & Culbertson LLP |
| 43 Danbury Road, Third Floor | 151 North Franklin Street, Suite 2500 |
| Wilton, CT 06897 | Chicago, IL 60606 |
| Telephone: (203) 653-2250 | Telephone: (312) 704-3000 |
| Facsimile: (203) 653-3424 | Facsimile: (312) 704-3001 |
| Email: slemberg@lemberglaw.com | Email: nfoster@hinshawlaw.com |
| Attorney for Plaintiff | Attorney for Defendant |

_[signature]_   6-17-19
SO ORDERED